UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARET MIMS, et al.,<br><br>    Defendants. | 1:20-cv-00634-GSA (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document# 3.) |

Phillip Sanders ("Plaintiff") is a former jail inmate proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.   On May 4, 2020, Plaintiff filed the Complaint commencing this action, together with an application to proceed *in forma pauperis*.  (ECF Nos. 1, 3.) Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

    Dated:  **June 1, 2020**              **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE