# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>              Plaintiff,<br><br>   v.<br><br>MIMS, et al.,<br><br>              Defendants. | 1:20-cv-00634-GSA-PC<br><br>**ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, RANDOMLY ASSIGN A DISTRICT JUDGE, AND RANDOMLY REASSIGN A MAGISTRATE JUDGE OTHER THAN MAGISTRATE JUDGE GARY S. AUSTIN** |

       This case was filed on May 4, 2020, by plaintiff Phillip Sanders, a former Fresno County Jail inmate proceeding *pro se*. The action was inadvertently designated at opening as a prisoner conditions-of-confinement case.

       Therefore, the Clerk's Office is HEREBY DIRECTED to:

1. Re-designate this action as a 440 civil action;
2. Randomly assign this case to a district judge; and
3. Randomly reassign this case to a magistrate judge other than Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

    Dated:   **August 6, 2021**                 /s/ Gary S. Austin
                                                   UNITED STATES MAGISTRATE JUDGE