Phillip Sanders
1448 w American
civilfedcase@gmail.com

FILED
JAN 03 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## EASTERN DISTRICT OF CALIFORNIA FRESNO

PHILIP SANDERS

Plaintiff

Correctional officer vang etal
Intake nurse Janet Smith etal
Sheriff Margaret Mims etal
infirmary doctor UN
infirmary nurse UN
Defendant

Case No.: Case 1:20-cv-00634-NONE-SAB

FIRST AMENDED COMPLAINT

1 Plaintiff is a individual and citizen of the United States

2 defendants are correctional officers and medical staff employees of the county of Fresno sheriff department

3 cleanest allege defendants were acting while on duty as employees of Fresno county sheriff's department

4 plaintiff is bringing this claim against defendants and official capacity under civil rights claim section 440 cause of action section 42 USC 1983 depriving persons of civil rights under the color of law for convicted detainee for violations of 8th amendment cruel and unusual punishment and civil rights claim section 446 for violations of American with disability act Prisoners are protected by § 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794(a), and by Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131 municipal liability under *Monel*

5 the court has jurisdiction to hear subject matter because it is a federal question according to article 3 section 2 of The Constitution

6 plaintiff praise for monetary damages $250,000 compensatory damages$250,000

7 Attach exhibit grievance page 7

Summary statement

I would hope the courts would be extremely concerned how allegations of federal question can manifest so rapidly spiral out of control and produce such inhumane actions rather it be

FIRST AMENDED COMPLAINT - 1

individual employees actions or policy economic issues to curve the financial obligations of the jails medical expense no one should have to suffer the deliberate acts of either one personally I feel the cost and expense of a inhaler is too high to issue to a inmate during the Booking intake process even if the inmates medical records are easily accessible the inmate may make bail so the medical intake process cuts corners to reduce the financial impact in my particular case it's spiraled out of control into a gas chamber like situation no one should have to suffer inhumane treatment be it personal acts of employees or ask to curve the financial expensive of the jail medical infirmary

### Claim statement under penalty of perjury

Plaintiff was booked in county jail on 4 /20/ 2018 plaintiff of surrendered all personal property then obtained his booking sheet and continued with the medical assessment from RN Janet smith before being assigned a bump during that medical interview plaintiff explained during medical interview with intake RN smith Prior to the arrest plaintiff was on social security disability for degenerative disc well as bronchial asthma and plaintiff medical history should be in the computer from previous arrest plus plaintiff asthma was so serious he had a medical base so that my PG&e could not be disconnected even if my payments were late

plaintiff requested pain medication for degenerative disc well as asthma pump for chronic bronchial asthma intake RN smith reviewed the medical history on the computer added pain medication to the medical chart so that plaintiff could receive his normal dosage then intake RN smith advised plaintiff asthma pumps were no longer being issued to inmates do to inmates using them for drugs and if he had any tightening in the chest and needed treatment to inform the floor co and request to go to the infirmary for breathing treatment

as a result of the excitement of the arrest plaintiff requested to go to the infirmary during the medical interview the booking RN smith medical then finish all the medical paperwork and sent plaintiff to the infirmary where he received a oxygen level test around 90 % and a full breathing treatment when the breathing treatment was complete plaintiff returned to the booking department where you received full dress outs then issued a bunk plaintiffs pain medication was properly available during every med call but plaintiff asthma medication was not provided the intake registered nurse smith systematically did not enter asthma inhaler prescription into the booking intake medical computer so that the inhaler prescription would be available even after telling her my inhaler was prescribed by my doctor on the streets well as the jail doctor in my previous arrest

triggering the first violation against intake RN smith for civil rights claim section 440 cause of action section 42 USC 1983 depriving persons of civil rights under the color of law for convicted detainee for violations of 8th amendment cruel and unusual punishment and civil rights claim section 446 for violations of American with disability act not providing medication prescribed for my disability

FIRST AMENDED COMPLAINT - 2

All most every other night I began to get a tightness in my chest and went to the infirmary for numerous breathing treatments at first plaintiff thought the tightness was because of excitement of the unlawful arrest and or probation violation that was dropped after speaking with other inmates I found out the shedding wool blankets triggered my asthma

around 4/25/2018 I filed a inmate request slip I needed my inhaler plus none wool blanket after getting not response 2 days later a second incident happened around 4/27/2018 with CO vang This particular day the count took a extremely long period to clear there seem to be a riot on the fourth level between two rival gangs so the floor captains restricted movement on all levels in order to keep the inmates completely separated

point being I made numerous attempts on 4/27/2018 to get to the infirmary around the 2nd or 3rd attempt correctional officer vang deliberately lie telling me the infirmary cells were completely full because of the riot and I had to wait even longer none the less when I finally went to the infirmary all the cells were empty I asked the medical staff how many inmates they had before me the nurse said they had few to none inmates in the cell for hours so I filed a grievance on 4/29/2018 The grieving gave the date of the incident as 4/27/ 2018 I wrote on the grievance form word for word

I need a inhaler I asked for one the first day I was booked in on 4/20/18  I was refused and in gave me breathing treatment before I got dressed out and came upstairs I was told to tell floor officer if I needed a treatment when I asked floor officer Vang on 4/ 27/18 she said she could not send me until count cleared after count cleared she told me med cells we're full and I had to wait longer refusing inhaler and treatment is against disability act put inhaler in lock box on every floor signed by Philip Sanders on 4/29/18

clearly in that grievance I was suggesting a way for the inmates to have their inhalers close by when floor officer vang told me all the cells were full they med staff told me they only had a few patience that evening then I begin to realize that floor correctional officer Vang was intentionally lying seemingly tired from working a double shift  just didn't care so I filed a grievance

triggering a second violation against CO vang  civil rights claim section 440 cause of action section 42 USC 1983 depriving persons of civil rights under the color of law for convicted detainee for violations of 8th amendment cruel and unusual punishment This deliberate act caused me unnecessary suffering directly contributing to 8th amendment right clue and unusual punishment of the intake Rn smith acts of disregard

After the grievance was filed on 4/24/2018  the infirmary doctor name unknown seemingly in retaliation called me for a chest x-ray around 5/1/2018  and threatened me with confinement in the medical cell until I took a chest Xray  a retaliation act intended to determine if I was faking I explained to the nurse my bronchial asthma had already been diagnosed as a part of my disability

FIRST AMENDED COMPLAINT - 3

and you would be no need to expose me to x-ray radiation I also told the nurse my oxygen level should be enough

simply put when the results from the Xray came back the infirmary doctor called me in to the office determined I had narrow passages I received another breathing treatment and the doctor prescribed the inhaler to be placed on the medical chart for daily medical call medication treatment it took almost 11 days and exposure to Xray radiation for the jail to confirm what they already had in my medical records or could have been confirmed thru my social security disability doctors prescription

To make things worse when I return to my cell that same day 3 hours when by and medical call RN unknown name came I went to get my inhaler treatment and the medical call RN forgot to put the inhaler prescription on the medical cart the RN expressed his sympathy said I'm sorry and told me I would be back soon as I finished med call rounds with your inhaler some what reckless RN should have went right to the inhaler he forgot

I waited in the day room around an 1 hour 1/2 but before the registered nurse did not return then out off nowhere a fight broke out the co in the cage got on the loudspeaker and ordered everyone to get down on the floor in place wherever they were then locked all the cell doors I ended up face down in the day room around 20 ft from my cell door the goon squad came separated the inmates while one female correctional officer attempted to pepper spray both inmates while they were being separated the pepper spray covered the entire day room

that instantly triggered my asthma my eyes were burning and I was coughing everyone in the dayroom was coughing and choking as the goon squad separated the inmates one by one they ordered inmates back into their 3 man cell bunks I repeatedly push the medical alert button in the cell telling the correctional officer in the cage I had asthma and I needed my asthma pump I was pacing the floor using cold water to slow the coughing choking after

about 30 minutes past the medical call registered nurse that forgot my inhaler on the cart came and put the inhaler in my hand while I remained in my cell then by the grace of god I was called to bail out when home and gave myself a breathing treatment when I look back at how all the events unfolded waiting and suffering without my asthma medication I began to recognize the jail had no policy or training that would properly deal with disable inmates with asthma during riots involving pepper spray that would lesson the impact of cruel and unusual punishment that could lead to death if not addressed

FIRST AMENDED COMPLAINT - 4

triggering a third violation against sheriff Marget Mimms civil rights claim section 440 cause of action section 42 USC 1983 depriving persons of civil rights under the color of law for convicted detainee for violations of 8th amendment cruel and unusual punishment

## Conclusion

The Fresno county jail asthma inhaler policy should never change the jail into a gas chamber

The Eighth Amendment applies to inmate medical treatment because it not only prohibits excessive force but also requires that **prisoners be afforded "humane conditions of confinement,"** so that prison officials "ensure that inmates receive adequate food, clothing, shelter, and medical care." Farmer v. Jan 24, 2019

The American disability act Ada forbids companies well as entities for discriminating against persons with disabilities oftentimes requiring entities and businesses to provide handicap persons with proper access and accessibility to persons with disabilities disabled people who are providing with medical prescriptions should have accessibility to all prescribe medication in local jails and prison under pretrial detainee 14th amendment due process and convicted detainee 8th amendment cruel and unusual punishment

Statutes protecting disabled prisoners

Prisoners are protected by § 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794(a), and by Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131, et seq.
 1 The Rehabilitation Act was created to apply to federal executive agencies, including the Bureau of Prisons, and to any program that receives federal funding. The ADA was created to regulate state and local government programs, even those that do not receive federal funding.
The Supreme Court recently held in Goodman v. Georgia that Title II of the ADA validly abrogates state sovereign immunity – as least insofar as it creates a private cause of action for damages for conduct that actually violates the

Fourteenth Amendment. 2 In the prison context, this means that a disabled prisoner who is incarcerated in state prison may sue the state for monetary damages under the ADA based on conduct that independently violates the Due Process Clause of the Fourteenth Amendment (incorporating the Eighth Amendment's prohibition on cruel and unusual punishment). Thus, although the ADA arguably prohibits a broader swath of state conduct than what is barred by

FIRST AMENDED COMPLAINT - 5

the Eighth Amendment, it remains an unsettled question whether disabled prisoners can seek damages for conduct that violates the ADA but not the Constitution.3

Plaintiffs can show a "governmental policy or custom" sufficient to establish municipal liability under *Monell* in one of four ways. Plaintiffs can allege:
(1) the existence of a formal policy which is officially endorsed by the municipality;
(2) actions taken or decisions made by municipal officials with final decision making authority, which caused the alleged violation of plaintiff's civil rights;
(3) a practice so persistent and widespread that it constitutes a custom of which constructive knowledge can be implied on the part of the policymaking officials; or
(4) a failure by policymakers to properly train or supervise their subordinates, amounting to "deliberate indifference" to the rights of those who come in contact with the municipal employees.

Mere allegations that a municipality has a policy or custom that violated a plaintiff's rights are insufficient to hold a municipality liable under §1983, rather it must be proven that the policy or custom not only caused the complained of constitutional violation, but exhibits a "deliberate indifference" to citizens' rights. *Dwares v. City of New York*, 985 F.2d. 94, 100-101 (2d Cir. 1993)

that being said these are not mere allegations medical records providing prescriptions are facts of the records therefore plaintiff has met standard to bring a conative claims

12/29/21

Dated this day of Month, year.

_____
Attorney Name

FIRST AMENDED COMPLAINT - 6

# FRESNO COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

Grievance #: _____
Logged by: _____

Inmate's name as booked (last, first, middle): SANDERS, Phillip
JID Number: 0188116
Booking Number: 1819475
Facility/Floor/Cell: MTS 5C-3
Federal Y/N: N

Name of Employee(s) (if involved in grievance): C/O Vang
Title/Rank: MTS 4 5th

Name of Witness(es): C/O Vang
Housing Location - Facility/Floor/Cell: MTS 5th Floor

Date: Time and Location of Incident Relating to Grievance: 4/23/18 MTS 5th Floor 12:00pm

Type of Grievance. Limit one grievable issue per Grievance Form. Check one of the following:
- [ ] ADA/Disability
- [ ] Classification
- [ ] Clothing/Bedding
- [ ] Commissary
- [ ] Disciplinary
- [ ] Food
- [ ] Legal Services
- [ ] Mail
- [ ] Maintenance
- [x] Medical
- [ ] Mental Health
- [ ] Miscellaneous
- [ ] Money
- [ ] Officer Conduct
- [ ] Property
- [ ] Sanitation
- [ ] Sexual Abuse
- [ ] Telephone
- [ ] Visiting

You have fourteen (14) calendar days from the date the incident occurred to submit a grievance. Exceptions shall be made for discipline grievances (limited to 48-hours from the time of notification of the hearing outcome) and grievances regarding sexual abuse (no time limitation).
Filing repetitive, cumulative and/or frivolous grievances may result in the restriction of your right to file further grievances.
You may not grieve the decision on a previous grievance regarding the same matter.

Describe the important details about the problem in a clear and understandable manner. Indicate the events, reasons, and relevant information that led you to file this grievance. State all relief that you are seeking (i.e., what action or outcome do you want?). Use and attach additional paper, if necessary. Include any report numbers, as applicable.

I need a inhaler. I asked for the first day I was booked in on 4/20/18. I was refused and not given the breathing treatment before I got dress outs and came up stairs. I was told to tell floor officer if I needed a treatment. I asked C.O. Vang on 4/23/18. She said she couldn't give me until 6:00pm. After count cleared she told me meds pills were 8:00pm. I'm not receiving inhaler and treatment is requested. Disability Act Justice Failure to Treat.

I CERTIFY THESE STATEMENTS TO BE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF, UNDER PENALTY OF PERJURY.
Signature of Inmate: _____
Date: 4/29/18
Time Submitted: 9:20

NOTE: If this form has not been properly completed, it will be returned to you for completion prior to the initiation of an investigation.

---

TO BE COMPLETED BY ACCEPTING STAFF MEMBER ONLY

- [ ] I was able to rectify the inmate's grievance and took the following action: _____

Signature of Receiving Officer: _____
Computer Number: _____
Date: _____
Time/Shift Received: _____

- [ ] The above action is acceptable to me and I would like to withdraw my grievance: _____

Signature of Inmate: _____

- [x] I am unable to resolve the grievance at my level: _____
Computer Number: 3970
Date: 4/30/2018
Time/Shift Received: II

Signature of Receiving Officer: _____

J-105A_Inmate Grievance Form (R 2/15)